## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12–cr-00124-LRH-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| RAFAEL NAVARRO-GARCIA, | ) | June 24, 2013 |
| | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Unopposed Motion to Produce Alien File (#31[1]) whereby Defendant seeks an order from this court which requires the production of Mr. Navarro-Garcia's Alien file. The United States Attorney does not oppose this motion. Good cause appearing,

Defendant's Unopposed Motion to Produce Alien File (#31) is **GRANTED**.

IT IS HEREBY ORDERED that the Government shall produce Mr. Navarro-Garcia's Alien File within ten (10) days of this Order.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  /s/
   Deputy Clerk

---

[1] Refers to court's docket number.